## Case No. 17,834.

### WILSON v. SIMPSON.

[Cited in Wilson v. Rousseau, Case No. 17,-832. Nowhere reported; opinion not now accessible.]